IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ORALIA RAMON LOPEZ, Individually and on behalf of the Estate of JOSE ALFREDO AGUILAR HERNANDEZ, Deceased, and on behalf of Wrongful Death Beneficiaries,<br><br>    Plaintiff,<br><br>v.<br><br>LE-MAR HOLDINGS, INC. d/b/a EDWARDS MAIL SERVICE, SHAUN MICHAEL LITLEFIELD and EDWARDS MAIL SERVICE, INC.,<br><br>    Defendants. | No. 3:15-CV-00130-DCG |

## AGREED FINAL JUDGMENT

On the 21ST day of March, 2016, came on to be considered the above-styled and numbered cause, and particularly the cause of ORALIA RAMON LOPEZ, Individually and as Next Friend of the minor plaintiffs A. A. R. and F.A.R. Joshua Spencer, the Guardian Ad Litem heretofore appointed by the Court to represent the interests of the minor plaintiffs, has submitted his report recommending court approval of a compromise settlement agreement reached between and among the parties at a mediation conducted on October 5, 2015. All parties agreed to waive trial by jury and to submit the case for determination by the Court without the intervention of a jury.

Having considered the presentations of counsel and the Guardian Ad Litem about the proposed settlement agreement as it relates to said Minors, and being of the opinion that the same is fair, just, and equitable, and that such settlement should be given effect, the Court makes the following findings and judgment.

The Court finds that the Guardian Ad Litem appointed to represent the interests of the minor plaintiffs is fit and proper to act in such capacity. It is **ORDERED** that Joshua Spencer be awarded as a reasonable fee the total sum of $2,000.00, which sum shall be taxed as costs to Defendant EDWARDS MAIL SERVICE, INC.

The Court finds that Plaintiffs ORALIA RAMON LOPEZ, ESPERANZA JOHANA ROMAN LOPEZ, UBALDO SAMUEL RAMON LOPEZ, LILIANA AGUILAR ROMAN, ERNESTO AGUILAR, and ANDREA SANCHEZ are adults who have settled their claims against Defendants herein without the necessity of Court approval.

It is further **ORDERED, ADJUDGED** and **DECREED** that ORALIA LOPEZ ROMAN acting in her capacity as Next Friend of A.A.R. recover from Defendants at the time of filing this Agreed Final Judgment, the total sum of $60,000.00, which sum shall be paid as set forth in Exhibit A to report of Joshua Spencer.

It is further **ORDERED, ADJUDGED** and **DECREED** that ORALIA LOPEZ ROMAN acting in her capacity as Next Friend of F.A.R. recover from Defendants at the time of filing this Agreed Final Judgment, the total sum of $60,000.00, which sum shall be paid as set forth in Exhibit A to report of Joshua Spencer.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that all claims asserted by ORALIA RAMON LOPEZ, ESPERANZA JOHANA ROMAN LOPEZ, UBALDO SAMUEL RAMON LOPEZ, LILIANA AGUILAR ROMAN, ERNESTO AGUILAR, and ANDREA SANCHEZ are hereby dismissed with prejudice as to refiling.

It further appears to the Court that the Defendants LE-MAR HOLDINGS, INC. d/b/a EDWARDS MAIL SERVICE, SHAUN MICHAEL LITTLEFIELD, and EDWARDS MAIL SERVICE, INC. have discharged their obligations under this Agreed Final Judgment by making payment of the amounts as set forth above. It is further **ORDERED** that no execution shall issue on this Judgment.

SIGNED and ENTERED this 21st day of March, 2016.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Raul Steven Pastrana
Raul Steven Pastrana
Attorney for Plaintiffs

/s/Joshua Spencer
Joshua Spencer
Guardian Ad Litem

/s/Ken Coffman
Ken Coffman
Attorney for Defendant